William MARROW–EL,
Plaintiff–Appellant,

v.

Bobby SHEARIN, Warden; J. Michael Stouffer, Commissioner, Defendants–Appellees.

No. 12–6782.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

William Marrow–El, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Marrow–El appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we deny Marrow–El's motion for appointment of counsel and affirm for the reasons stated by the district court. *Marrow–El v. Shearin,* No. 1:11–cv–01009–JFM, 2012 WL 366892 (D.Md. Feb. 2, 2012 & Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*